UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLENDA ATKINS, CRYSTAL AKRIDGE, DARPHELIA AKRIDGE, DORIS GOODNER, AND CHICA ALEXANDER, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 3:13-00562<br>) Judge Sharp |
| LQ MANAGEMENT, LLC D/B/A LA QUINTA INN AND SUITES, | )<br>)<br>) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, the Court hereby rules as follows:

(1) Liability is found in favor of Plaintiffs Glenda Atkins, Crystal Akridge, Darphelia Akridge, Doris Goodner, and Chica Alexander; and

(2) Plaintiffs are hereby awarded the following in damages:

| | | |
|---|---|---|
| A. | Glenda Atkins | $ 20,000.00 |
| B. | Crystal Akridge | $ 17,500.00 |
| C. | Darphelia Akridge | $ 2,500.00 |
| D. | Doris Goodner | $ 10,000.00 |
| E. | Chica Alexander | $ 7,500.00 |

The Court hereby defers ruling on the amount attorney's fees to be awarded Plaintiffs until such time as any appeal has been completed, or the time for taking an appeal has expired and Plaintiffs have filed a Motion for Attorney's Fees in compliance with Local Rule 54.01.

1

In accordance with Rule 58 of the Federal Rules of Civil Procedure, the Clerk of the Court shall enter Judgment in favor of each Plaintiffs and against LQ Management, LLC d/b/a La Quinta Inns and Suites in the amount specified.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

2