UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GLENDA ATKINS, et al | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | NO. 3:13-0562 |
| | ) | |
| | ) | JUDGE SHARP |
| | ) | |
| LQ MANAGEMENT, LLC | ) | |
| | ) | |
| Respondent | ) | |

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/30/15.

    KEITH THROCKMORTON, CLERK
    s/Althea F. Straughter, Deputy Clerk