012949-141

Stone & George Court Reporting  
2020 Fieldstone Parkway  
Suite 900, PMB 234  
Franklin TN 37069  
United States  
Phone: 615-221-1089



Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
Charlotte S. Wolfe, Esq.  
SunTrust Plaza  
401 Commerce Street, Suite 1200  
Nashville Tennessee 37219

| Invoice #: | SRG-3255-S |
|---|---|
| Date: | March 7, 2014 |
| Amount Due USD: | $146.05 |

| Item | Description | Unit Cost ($) | Quantity | Price ($) |
|---|---|---|---|---|
| Case No. | 2013-239 | 0.00 | 0 | 0.00 |
| Case Name | Glenda Atkins, Chrystal Akridge, Darphelia Akridge, Doris Goodner, and Chica Alexander vs. L.Q. Management, LLC, d/b/a La Quinta Inn and Suites | 0.00 | 0 | 0.00 |
| Date taken: | 02/20/13 | 0.00 | 0 | 0.00 |
| Deposition of | Witness: Brenda Donald | 0.00 | 0 | 0.00 |
| Copy Deposition | Transcript pages | 2.35 | 43 | 101.05 |
| Condensed | transcripts | 20.00 | 1 | 20.00 |
| Admin/Post | delivery | 25.00 | 1 | 25.00 |

NOTES: Thank you,  
Sarah M. Motley, LCR

| | Subtotal: | 146.05 |
|---|---|---|
| | Total: | 146.05 |
| | Amount Paid: | -0.00 |
| | Balance Due USD: | $146.05 |

Make checks payable to Stone & George Court Reporting  
Due upon receipt - $25 late fee after every 30 days  
EIN#: 27-2921925

This invoice was sent using FRESHBOOKS



Ex A