012949-141

# Invoice

TRUDY BAIN COURT REPORTING
P.O. BOX 24567
NASHVILLE, TN 37202-4567

SS# 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 LCR# 196
1.5% INT. AFTER 30 DAYS
Make Check Payable To: Trudy S. Bain

| Number | 1244 |
|---|---|
| Date | 3/26/2014 |

**Bill To**
Ms. Charlotte S. Wolfe, Esq.
Ms. Jennifer Rusie, Esq.
401 Commerce Street, Suite 1200
SunTrust Plaza
Nashville, TN, 37219-2446

Atkins, Akridge, Goodner & Alexander
vs. La Quinta Inn & Suites
Date taken: 3/21/14

| Description | Amount |
|---|---|
| Appearance fee for the continued videotaped depositions of Crystal Akridge and Doris Goodner consisting of 123 pgs in total. Postage is included. | |
| THANK YOU. Trudy S. Bain, Court Reporter LCR# 196 | $728.50 |

ORIGINAL

| | | | |
|---|---|---|---|
| Amount Paid | $0.00 | | $0.00 |
| Amount Due | $728.50 | | $0.00 |
| | | Sub Total | $728.50 |
| | | Total | $728.50 |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $728.50 | $0.00 | $0.00 | $0.00 | $728.50 |

Ex B